**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-23065-BLOOM/Louis**

JOSE SOCCORO VIZUETH,

    Plaintiff,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss, ECF No. [10] ("Motion"), filed on September 19, 2019. The Motion was previously referred to the Honorable Lauren F. Louis for a Report and Recommendations ("R&R"). *See* ECF No. [11]. On December 6, 2019, Judge Louis issued a R&R recommending that the Motion be granted and that this case be dismissed for lack of subject matter jurisdiction and failure to state a claim. ECF No. [17]. The R&R also stated that the parties could file any objections within fourteen days of the date of the R&R. To date, neither party has filed any objections, nor have they sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of Judge Louis's R&R and the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in Judge Louis's R&R and concludes that this case should be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [17]**, is **ADOPTED**;

2. The Motion, **ECF No. [10]**, is **GRANTED**;

3. This case is **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 23, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record